NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John Tehranian (SBN 211616)
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Phone: 9495022870
ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HYDE LANE, INC. dba DEMON HUNTER, a Washington corporation,

Plaintiff(s),

v.

NETFLIX, INC., a Delaware corporation, NETFLIX STUDIOS, LLC, a Delaware corporation, AEG PRESENTS LLC; and DOES 1-10, inclusive,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for HYDE LANE, INC. dba DEMON HUNTER, a Washington corporation, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HYDE LANE, INC. dba DEMON HUNTER, a Washington corporation | Plaintiff |
| NETFLIX, INC., a Delaware corporation | Defendant |
| NETFLIX STUDIOS, LLC, a Delaware corporation | Defendant |
| AEG PRESENTS LLC | Defendant |

8/18/2026
Date

/s/ John Tehranian
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, HYDE LANE, INC. dba DEMON HUNTER, a Washington corporation,