AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court CENTRAL DISTRICT OF CALIFORNIA on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | CENTRAL DISTRICT OF CALIFORNIA |

| PLAINTIFF | DEFENDANT |
|---|---|
| HYDE LANE, INC. dba DEMON HUNTER, a Washington corporation, | NETFLIX, INC., a Delaware corporation, NETFLIX STUDIOS, LLC, a Delaware corporation, AEG PRESENTS LLC; and DOES 1-10, inclusive, |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6607085 | 1/4/2022 | Hyde Lane Inc. |
| 2 6607086 | 1/4/2022 | Hyde Lane Inc. |
| 3 6607087 | 1/4/2022 | Hyde Lane Inc. |
| 4 4584097 Ser. 99528509 | 12/13/2025 | Hyde Lane Inc. |
| 5 99528509 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**